

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00220-CR

Gilbert **TELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN000013-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due on May 4, 2018. On May 7, 2018, court reporter Cynthia Perez Lenz filed a Notification of Late Record requesting that the filing deadline be extended to June 4, 2018. On June 12, 2018, Ms. Lenz filed a second Notification of Late Record requesting that the filing deadline be extended to July 5, 2018. On July 5, 2018, Ms. Lenz filed a third Notification of Late Record requesting that the filing deadline be extended to August 5, 2018. On August 31, 2018, Ms. Lenz filed a fourth Notification of Late Record requesting that the filing deadline be extended to September 24, 2018. We granted the request for extension of time to file the reporter's record and ordered that no further extensions of time would be considered. To date, the reporter's record remains unfiled.

We hereby ORDER Ms. Lenz to file the reporter's record in this court **no later than October 1, 2018.** If the record is not received by such date, a show cause order shall issue directing Ms. Lenz to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Lenz by certified mail, return receipt requested, with delivery restricted to the addressee only, or give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.



_____
Keith E. Hottle
Clerk of Court